IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS R. LAZARDE , SR. | : | |
| and | : | |
| ABIGAIL LAZARDE, | : | CIVIL ACTION |
|    Plaintiffs | : | |
| | : | |
| v. | : | NO. 10-5139 |
| | : | |
| THE CITY OF READING, et al, | : | |
|    Defendants | : | |

### O R D E R

**AND NOW,** this    28th    day of September, 2012, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. No. 18), Plaintiffs' Response thereto (Doc. No. 19), and Defendants' Reply (Doc. No. 22), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.